# United States District Court
## For The District of Columbia

Deborah Diane Fletcher
2100 M. Street, NW
Washington, DC 20037

vs

Supergirl

Case: 1:16-cv-00614          (D-Deck)
Assigned To : Unassigned
Assign. Date : 4/1/2016
Description: TRO/PI

# CIVIL NO.
# COMPLAINT

On March 17, 2016 at night and early morning the defendant continue cut the plaintiff on the right leg. She had treated to always cut the plaintiff

**RECEIVED**

MAR 1 8 2016

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

at night as she sit in Tenleytown at a bus stop across the street from the library.

Whereas, the plaintiff strongly request a restraining order be put on the defendant.

March 18, 2016
Deborah Diane Fletcher Attorney for the Plaintiff
2100 M Street, NW
Washington, DC 20037


Deborah Diane Fletcher